

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DIST. ...
NORTHERN DIST ...CT OF ...

**FILED**

DEC 1 7 2002

CLERK U.S. DISTRICT COURT
By _____
                    Deputy

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHARTER GRAPHIC SERVICES, | § | |
| INC., | § | |
| | § | |
| Debtor, | § | |

| | | |
|---|---|---|
| JESSE C. BANNISTOR, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | Civil No. 3:98-MC-0043-R |
| | § | |
| COLOTONE, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS

Comes now Plaintiffs Jesse C. Bannistor, et al, and Defendants, Colotone, Inc., et al, and files this their Motion to Dismiss the above referenced case and would show as follows:

I.

Plaintiffs and Defendants have entered into a Compromise and Settlement Agreement and Mutual Release in connection with the above referenced litigation. Such litigation was previously tried, appealed and has been remanded in part for the consideration of this The Honorable Court for one specific area. After such remand, the parties have agreed to settle and compromise the matter and accordingly move the Court to dismiss with prejudice all claims brought by the Plaintiffs against the Defendants in the above referenced lawsuit, vacating such judgment and the particular parties to bear their own cost of court and attorneys' fees pursuant to the terms of the Compromise Settlement Agreement.

**JOINT MOTION TO DISMISS - Page 1**

Respectfully submitted,

Winstead Sechrest & Minick P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 745-5400 (Telephone)
(214) 745-5390 (Facsimile)

By:_____
Bruce W. Bowman, Jr.    SB# 02752000


VIAL, HAMILTON, KOCH & KNOX
1717 Main Street, Suite 4400
Dallas, Texas 75201

By_____
Richard D. Pullman, SB# 6803522

Attorneys for Plaintiffs


AKIN GUMP STRAUSS HAUER & FELD,
LLP
1700 Pacific, Suite 4100
Dallas, Texas 75201

By:_____
David F. Staber, SB# 18986950

Attorneys for Bankers Trust New York
Corporation, BT Capital Partners, Inc.;
Sphinx Graphic Ventures, Inc., Pyramid
Ventures, Inc. and James M. Dworkin

**JOINT MOTION TO DISMISS - Page 2**

MCMANEMIN & SMITH, P.C.
600 N. Pearl, Ste. 1600, LB 175
Dallas, Texas 75201

By: _____
John E. Leslie, State Bar #12231400

Attorney for Gary Ullman and Tom
Villano

::ODMA\PCDOCS\Dallas_1\3746084\1
12112002
1065:21029-2

**JOINT MOTION TO DISMISS - Page 3**